TDCJ Offender Details

68,136-03

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03549132 |
| **TDCJ Number:** | 00502710 |
| **Name:** | MCKELVEY,CLARENCE JR |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1966-06-20 |
| **Maximum Sentence Date:** | 2087-05-27 |
| **Current Facility:** | BYRD |
| **Projected Release Date:** | 2087-05-27 |
| **Parole Eligibility Date:** | 2007-05-29 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

Offense History:

| Offense | County | |
|---|---|---|